**Copyrights-In-Suit for IP Address 74.67.58.246**

**ISP:** Time Warner Cable
**Location:** Albany, NY

| Title | Registration Number | Date of First Publication | Registration Date | Most Recent Hit UTC |
|---|---|---|---|---|
| A Christmas Story | PA0001874527 | 12/24/2013 | 12/30/2013 | 01/03/2016 |
| A Hot Number | PA0001878456 | 01/30/2014 | 02/18/2014 | 01/03/2016 |
| A Little Time For Myself | PA0001877474 | 01/28/2014 | 01/31/2014 | 01/03/2016 |
| All About Anna | PA0001886195 | 03/25/2014 | 04/02/2014 | 01/03/2016 |
| All Oiled Up | PA0001885187 | 03/15/2014 | 03/24/2014 | 01/03/2016 |
| And Then There Was You | PA0001874615 | 12/31/2013 | 01/05/2014 | 01/03/2016 |
| Apertif Our Style | PA0001874522 | 12/23/2013 | 12/30/2013 | 01/03/2016 |
| Blindfold Me Baby | PA0001902971 | 05/30/2014 | 06/06/2014 | 01/03/2016 |
| Catching Up | PA0001889391 | 04/13/2014 | 04/15/2014 | 01/03/2016 |
| Chloe Loves Carl Part 2 | PA0001906561 | 07/05/2014 | 07/14/2014 | 01/03/2016 |
| Come Close | PA0001905140 | 06/23/2014 | 06/30/2014 | 01/03/2016 |
| Coming Late | PA0001904286 | 06/19/2014 | 06/24/2014 | 01/03/2016 |
| Creamy | PA0001874617 | 01/02/2014 | 01/05/2014 | 01/03/2016 |
| Dancing Romance | PA0001903915 | 06/07/2014 | 06/12/2014 | 01/03/2016 |
| Deep Blue Passion | PA0001885168 | 03/21/2014 | 03/24/2014 | 01/03/2016 |
| Enjoy My Backdoor | PA0001904149 | 06/13/2014 | 06/19/2014 | 01/03/2016 |
| Fantasy Come True | PA0001874629 | 12/19/2013 | 12/26/2013 | 01/03/2016 |
| Fashion Fantasy | PA0001885185 | 03/13/2014 | 03/24/2014 | 01/03/2016 |
| From Three to Four Part 2 | PA0001902970 | 06/01/2014 | 06/06/2014 | 01/03/2016 |
| Get Wild At Home | PA0001877470 | 01/22/2014 | 01/31/2014 | 01/03/2016 |
| Getting Ready For You | PA0001874744 | 01/10/2014 | 01/15/2014 | 01/03/2016 |

EXHIBIT B

| Title | Registration Number | Date of First Publication | Registration Date | Most Recent Hit UTC |
|---|---|---|---|---|
| Give Me More | PA0001904311 | 06/17/2014 | 06/24/2014 | 01/03/2016 |
| Go Fish | PA0001880469 | 02/13/2014 | 02/21/2014 | 01/03/2016 |
| Group Sex | PA0001892182 | 04/19/2014 | 04/29/2014 | 01/03/2016 |
| I Want to Tell You | PA0001872082 | 11/27/2013 | 12/04/2013 | 01/03/2016 |
| I Will See You In The Morning | PA0001874746 | 01/14/2014 | 01/15/2014 | 01/03/2016 |
| In for the Night | PA0001874670 | 01/06/2014 | 01/06/2014 | 01/03/2016 |
| Insanely Gorgeous | PA0001885205 | 03/19/2014 | 03/24/2014 | 01/03/2016 |
| It Is A Fine Line | PA0001880437 | 02/15/2014 | 02/21/2014 | 01/03/2016 |
| Just Watch Part 2 | PA0001902964 | 05/27/2014 | 06/06/2014 | 01/03/2016 |
| Lonesome Without You | PA0001887108 | 04/03/2014 | 04/07/2014 | 01/03/2016 |
| Lost In My Own Moment | PA0001877253 | 01/20/2014 | 01/26/2014 | 01/03/2016 |
| Lovers in Paradise | PA0001780463 | 12/30/2011 | 03/10/2012 | 01/03/2016 |
| Lovers Way | PA0001905141 | 06/21/2014 | 07/02/2014 | 01/03/2016 |
| Making Music | PA0001883769 | 03/07/2014 | 03/22/2014 | 01/03/2016 |
| Meet My Lover From Austria | PA0001898094 | 05/17/2014 | 06/06/2014 | 01/03/2016 |
| Mile High Club | PA0001877249 | 01/16/2014 | 01/26/2014 | 01/03/2016 |
| Move With Me | PA0001878980 | 02/11/2014 | 02/13/2014 | 01/03/2016 |
| No Turning Back Part #1 | PA0001874524 | 12/21/2013 | 12/30/2013 | 01/03/2016 |
| No Turning Back Part #2 | PA0001874525 | 12/27/2013 | 12/30/2013 | 01/03/2016 |
| Not Alone | PA0001889410 | 04/09/2014 | 04/15/2014 | 01/03/2016 |
| Only The Lonely | PA0001906563 | 07/07/2014 | 07/15/2014 | 01/03/2016 |
| Photo Finish | PA0001874616 | 12/29/2013 | 01/05/2014 | 01/03/2016 |
| Pink Perfection | PA0001887098 | 04/07/2014 | 04/07/2014 | 01/03/2016 |
| Pretty Little Belle | PA0001878425 | 02/09/2014 | 02/13/2014 | 01/03/2016 |
| Risky Business | PA0001878455 | 02/01/2014 | 02/18/2014 | 01/03/2016 |

EXHIBIT B

| Title | Registration Number | Date of First Publication | Registration Date | Most Recent Hit UTC |
|---|---|---|---|---|
| Santas Little Helper | PA0001874520 | 12/23/2013 | 12/30/2013 | 01/03/2016 |
| Season of Love | PA0001877252 | 01/18/2014 | 01/26/2014 | 01/03/2016 |
| Sex and Submission | PA0001882649 | 03/01/2014 | 03/06/2014 | 01/03/2016 |
| Sex With Glasses | PA0001903914 | 06/05/2014 | 06/12/2014 | 01/03/2016 |
| Sexy In The City | PA0001905511 | 06/27/2014 | 07/02/2014 | 01/03/2016 |
| So Young | PA0001877472 | 01/25/2014 | 01/31/2014 | 01/03/2016 |
| Sweet Awakening | PA0001907077 | 07/09/2014 | 07/27/2014 | 01/03/2016 |
| Sweet Dreamers | PA0001883771 | 03/09/2014 | 03/24/2014 | 01/03/2016 |
| The Way I Feel | PA0001874745 | 01/08/2014 | 01/15/2014 | 01/03/2016 |
| They Only Look Innocent | PA0001877471 | 01/24/2014 | 01/31/2014 | 01/03/2016 |
| They Seem So Sweet | PA0001904151 | 06/15/2014 | 06/19/2014 | 01/03/2016 |
| Three Way Is The Best Way | PA0001878426 | 02/04/2014 | 02/13/2014 | 01/03/2016 |
| Tie Her Up For Me | PA0001906551 | 07/03/2014 | 07/14/2014 | 01/03/2016 |
| Wake Me Up | PA0001887105 | 04/01/2014 | 04/07/2014 | 01/03/2016 |
| Domination Part One | PENDING | 10/26/2015 | 11/03/2015 | 11/28/2015 |

**Total Malibu Media, LLC Copyrights Infringed:  61**

EXHIBIT B

NNY42